# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGG EUGENE ROWLAND,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81104

FILED

MAY 20 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS*

In this original pro se petition for a pretrial writ of habeas corpus, petitioner appears to challenge the admission of videos and statements at his preliminary hearing.

Problematically, petitioner has not provided this court with all of the exhibits or documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b).

Further, petitioner has failed to demonstrate that writ relief is appropriate in this instance because the claims he raises involve issues of fact, and thus petitioner must seek relief in the district court in the first instance. NRAP 22; *See Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 637 P.2d 534 (1981). Finally, to the extent that petitioner has

counsel, he must proceed by and through his counsel of record. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Pickering

_____, J.
Hardesty

_____, J.
Stiglich

cc:    Gregg Eugene Rowland
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk